171 So. 926

**Clarence TANNER v. STATE.**

8 Div. 304.

Court of Appeals of Alabama.
Nov. 24, 1936.

Rehearing Denied Jan. 12, 1937.

Proctor & Snodgrass, of Scottsboro, for appellant.

A. A. Carmichael, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.